UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL VOTZKE,

    Plaintiff,

vs.        CASE NO. 8:14-cv-02200-T-27AEP

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**PLAINTIFF AND DEFENDANT'S
STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, MICHAEL VOTZKE, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulates with Defendant, WELLS FARGO BANK, N.A., to voluntarily dismiss the above cause with prejudice. Each side shall bear their own fees and costs, except as agreed to by the parties.

Date: March 11, 2015

| | |
|---|---|
| */s/ Joanna Garcia* | */s/ Gus M. Centrone* |
| Joanna Garcia | Gus M. Centrone, Esq. |
| Florida Bar No. 604313 | Florida Bar No. 30151 |
| Email: jgarcia@cfjblaw.com | Email: gcentrone@centroneshrader.com |
| CARLTON FIELDS JORDEN BURT, P.A. | Centrone & Shrader LLC |
| P.O. Box 3239 | 1710 N. 19th St., Ste. 205 |
| Tampa, FL 33601 | Tampa, FL 33605 |
| Telephone: (813) 223-7000 | Telephone: (813) 360-1529 |
| Facsimile: (813) 229-4133 | Facsimile: (813) 336-0832 |
| | |
| *Trial Counsel for Defendant,* | *Trial Counsel for Plaintiff,* |
| *Wells Fargo Bank, N.A.* | *Michael Votzke* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ Joanna Garcia*
Joanna Garcia