UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL VOTZKE,

    Plaintiff,

v.                                                         Case No: 8:14-cv-2200-T-27AEP

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Plaintiff and Defendant's Stipulation for Dismissal With Prejudice (Dkt. 15). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs, except as agreed to by the parties. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 12th day of March, 2015.

                                                               JAMES D. WHITTEMORE
                                                               United States District Judge

Copies to:
Counsel of Record